UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT ROSALES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:22-CV-00296 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation ("M&R"), entered on May 24, 2023. (D.E. 21). The M&R recommends that the Court grant Respondent's motion for summary judgment, (D.E. 14), and dismiss Petitioner's 28 U.S.C. § 2254 petition, (D.E. 1). (D.E. 21, p. 2). The M&R further recommends that a Certificate of Appealability ("COA") be denied. *Id.*

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed.[1] When no timely objection has been filed, the district court need only determine whether the M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly

---

[1] Petitioner was sent the D.E. 21 M&R, white card receipt requested, on May 25, 2023. *See* May 25, 2023 Minute Entry. The Court has not received the white card receipt as of the date of this Order. However, the Court has waited an appropriate amount of time for any objections from Petitioner before ruling on the M&R.

erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 21). Accordingly, the Court **GRANTS** Respondent's motion for summary judgment, (D.E. 14), and **DISMISSES** Petitioner's § 2254 petition, (D.E. 1). Lastly, the Court **DENIES** a COA. A final judgment will be entered separately.

    SO ORDERED.

                                              DAVID S. MORALES
                                              UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      June 27th, 2023